**BRENDAN NGWA NFORBI**
*(docketed as Nforbi)*
Plaintiff, In Pro Per
1455 Cat Tail Drive
Stockton, CA 95204
Telephone: (209) 801-4442
E-mail: bnn.cdl@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**BRENDAN NGWA NFORBI,**
Plaintiff,

v.

**DIANA CANDELARIA, individually; STEVE GORDON, Director, California Department of Motor Vehicles, in his official capacity; and DOES 1–10,**
Defendants.

Case No. 3:26-cv-08272-LJC

**STIPULATION AND ORDER TO CORRECT PLAINTIFF'S NAME ON THE DOCKET**
**[Civil L.R. 7-11, 7-12]**

Judge: Hon. Lisa J. Cisneros

## STIPULATION TO CORRECT PLAINTIFF'S NAME ON THE DOCKET

Plaintiff Brendan Ngwa Nforbi, who appears on this docket as "Nforbi," appearing in propria persona, and Defendants Diana Candelaria and Steve Gordon, by and through their counsel of record, William J. McMahon, Deputy Attorney General, stipulate as follows:

1. Plaintiff is one natural person. He maintains a single PACER account under the login bngwanforbi, in which his first name is recorded as "Brendan" and his last name as "Ngwa Nforbi."

2. This docket currently identifies Plaintiff as "Nforbi." That identification and "Brendan Ngwa Nforbi" refer to the same person.

3. On September 1, 2026, the Court's ECF Help Desk advised Plaintiff that it cannot link this action to that PACER account until the docket reflects the name recorded on the account, and

that Plaintiff may request that the Court correct the name on the docket first. Because of the mismatch, Plaintiff cannot electronically file in this action.

4. The parties stipulate, and respectfully request that the Court order, that the Clerk correct the docket and the CM/ECF party record in this action to identify Plaintiff as "BRENDAN NGWA NFORBI."

5. This stipulation corrects the form of Plaintiff's name only. It does not add, drop, or substitute any party. Federal Rule of Civil Procedure 25 is not implicated. It does not amend any claim, allegation, or operative pleading. It does not authorize any additional relief.

6. Except for the name correction stated in paragraph 4, no deadline, hearing, conference, briefing schedule, discovery obligation, or trial date is modified. Without limitation, the following remain as previously set: Defendants' deadline to consent or decline magistrate-judge jurisdiction, September 22, 2026 (Dkt. 12); the ADR certification and Rule 26(f) conference deadline of October 22, 2026; the initial-disclosure and Joint Case Management Statement deadline of November 5, 2026; the initial Case Management Conference set for November 12, 2026, at 1:30 p.m., via Zoom; the operative pleadings and any challenge to Dkt. 11; all disclosure and discovery obligations.

7. Nothing in this stipulation is a waiver of any claim, defense, objection, or right. No party concedes any disputed issue of fact or law by entering into it. This stipulation is not a stay of discovery and does not affect any pending motion except as to the form of Plaintiff's name on the docket.

8. The parties request that the Court enter the [Proposed] Order below pursuant to Civil Local Rules 7-11 and 7-12.

**IT IS SO STIPULATED.**

Dated: September 10, 2026

/s/ Brendan Ngwa Nforbi
**BRENDAN NGWA NFORBI**
*(docketed as Nforbi)*
Plaintiff, In Pro Per

Dated: September 10, 2026

William McMahon

**WILLIAM J. McMAHON (SBN 178588)**
Deputy Attorney General
Attorneys for Defendants
Diana Candelaria and Steve Gordon

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**BRENDAN NGWA NFORBI,**
Plaintiff,

v.

**DIANA CANDELARIA, individually; STEVE GORDON, Director, California Department of Motor Vehicles, in his official capacity; and DOES 1–10,**
Defendants.

Case No. 3:26-cv-08272-LJC

**ORDER CORRECTING PLAINTIFF'S NAME ON THE DOCKET**
**[Civil L.R. 7-11, 7-12]**

Judge: Hon. Lisa J. Cisneros

**ORDER**

The parties having stipulated under Civil Local Rules 7-11 and 7-12, the Court ORDERS:

1. The Clerk shall correct the docket and the CM/ECF party record in this action to identify Plaintiff as "BRENDAN NGWA NFORBI."

2. This Order corrects the form of Plaintiff's name only. It effects no substitution of parties, no amendment of any claim or allegation, and no change to any deadline, hearing, conference, briefing schedule, discovery obligation, or trial date previously set in this action, including the September 22, 2026 magistrate-consent deadline, the October 22, 2026 ADR and Rule 26(f) deadline, the November 5, 2026 disclosure and Joint Case Management Statement deadline, and the November 12, 2026 initial Case Management Conference.

3. No other relief is granted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 16, 2026

______________________________
HON. LISA J. CISNEROS
United States Magistrate Judge